**Opinion issued May 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-01076-CV**

————————————

**NATALIYA KURGUT, Appellant**

**V.**

**LOUIS FERNAND FABRE, JR., Appellee**

On Appeal from the 308th District Court
Harris County, Texas
Trial Court Case No. 2012-73401

**MEMORANDUM OPINION**

On March 28, 2014, Appellant, Nataliya Kurgut, filed a Notice of Nonsuit with this Court indicating the parties have successfully mediated all issues and this appeal is now moot. We interpret this as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The Court issued a notice of intent to dismiss on April 1,

2014, informing the parties we may dismiss the appeal as moot if no party notified us in writing that the appeal should not be dismissed. No party responded to that notice. No opinion has issued.

Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.